UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ 15-580 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| ISIDRO TORRES-GALVEZ | |
| Defendant. | |

Offenses charged:

    Count 1:    Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1)

    Count 2:    Possession of Cocaine with Intent to Distribute, in violation of 21 U.S.C. § 841 (a)(1)

Date of Detention Hearing: December 29, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged with a crime that carries a rebuttable presumption in favor of detention.

2. Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

3.  There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of December 2015.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge