Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-11-MJP |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| ISIDRO TORRES-GALVEZ, | |
| Defendant. | |

THE COURT has considered the stipulated motion filed by the parties requesting a continuance of the trial date.

In light of the circumstances that are presented in the motion, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT also finds that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section, 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for

1  effective case preparation, and that these factors outweigh the best interests of the public
2  and the Defendant in a speedy trial.
3      Accordingly, THE COURT ORDERS that the period of time from the date of this
4  Order until the new trial date of October 24, 2016, shall be excludable time pursuant to
5  the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Pretrial motions are due on August 15,
6  2016.
7      Dated this 6th day of July, 2016.

                                    Marsha J. Pechman
                                    United States District Judge

16  Presented by:
17  ANNETTE L. HAYES
    United States Attorney
18

19  /s/ Rebecca S. Cohen
20  Rebecca S. Cohen
    Assistant United States Attorney
21

22
23  /s/ Peter Mazzone
    PETER MAZZONE
24  Attorney for Defendant

Order Continuing/Isidro Torres-Galvez- 2
(CR16-11-MJP)